IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02517–EWN–PAC

JUAN QUINTANILLA,

    Plaintiff,

v.

HSBC MORTGAGE SERVICES, INC., a Delaware corporation,
CHASE HOME FINANCE, L.L.C., a Delaware corporation,
PRECISION ASSET MANAGEMENT CORPORATION, a California corporation, and
MCCLUREO, INC., a Colorado corporation,

    Defendant.

_____

## ORDER

Before the court is Plaintiff Juan Quintanilla's Motion to Remand in the above-styled cause of action. Having considered said Motion, and for good cause shown, the Court hereby ORDERS that said Motion be GRANTED.

Accordingly, the Court ORDERS that this case be REMANDED to the State of Colorado District Court, Denver County.

Done at Denver, Colorado, this 9th day of January, 2007.

                                              s/ Edward W. Nottingham
                                              United States District Judge